SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| EURONET PAYMENTS & REMITTANCE, INC., | ) |
| Petitioner, | ) Index No. 601675 / 07 |
| - against - | ) IAS Part _____ |
| ENVIOS DE VALORES LA NACIONAL CORP., | ) |
| ENVIOS DE VALORES LA NACIONAL, INC., | ) |
| AEROCARIBE TRAVEL AGENCY, INC., | ) |
| JOSE ANDRES HERNANDEZ ANDUJAR, | ) |
| CANDIDA DE HERNANDEZ, AND | ) |
| ROBERTO LOPEZ, | ) |
| Respondents. | ) |

NEW YORK
COUNTY CLERK'S OFFICE

MAY 1 8 2007

NOT COMPARED
WITH COPY FILE

---

## NOTICE OF PETITION TO STAY ARBITRATION

---

PLEASE TAKE NOTICE, that upon the annexed petition of Euronet Payment &
Remittance, Inc., verified the 17th day of May, 2007, the exhibits annexed thereto, the
demand for arbitration, and upon all the pleadings and proceedings heretofore had
herein, the undersigned will make an application, pursuant to CPLR 7503(a), to this
Court in the Motion Support Courtroom, Submissions Part, Room 130, at the New York
County Courthouse, 60 Centre Street, New York, New York on the 18th day of June,
2006 at 9:30 o'clock in the morning or as soon thereafter as counsel can be heard, for a
judgment Pursuant to CPLR 7503(b), staying all proceedings under the Demand for
Arbitration; granting Euronet leave to conduct discovery in support of this Petition to
Stay Arbitration and to conduct an evidentiary hearing on the issue of arbitrability,

EXHIBIT 1-A

awarding Euronet its costs and expenses in making this application, and awarding Euronet such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that an answer, and supporting affidavits and other papers, if any, shall be served at least seven days before the return date of this application.

New York County is designated as the venue of this proceeding on the basis of the agreement between the parties, which specifies New York County as the venue of a any arbitration.

Howard J.C. Nicols, Esq. (3895554)
SQUIRE, SANDERS & DEMPSEY LLP
350 Park Avenue
New York, NY 10022

Of Counsel:

Thomas S. Kilbane (OH # 0005938)
Colin R. Jennings (OH # 0068704)
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8795

Attorneys for Petitioner

DATED: May 17, 2007

THE SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | | |
|---|---|---|
| EURONET PAYMENTS & REMITTANCE, INC., | ) | |
| | ) | |
| Petitioner, | ) | Index No. 601 675 / 07 |
| | ) | |
| - against - | ) | |
| | ) | |
| ENVIOS DE VALORES LA NACIONAL CORP., | ) | |
| ENVIOS DE VALORES LA NACIONAL, INC., | ) | |
| AEROCARIBE TRAVEL AGENCY, INC., | ) | |
| JOSE ANDRES HERNANDEZ ANDUJAR, | ) | |
| CANDIDA DE HERNANDEZ, AND | ) | |
| ROBERTO LOPEZ, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

---

## VERIFIED PETITION TO STAY ARBITRATION

---

Pursuant to CPLR §§ 7502(a) and 7503(b), Petitioner Euronet Payments & Remittance, Inc. ("Euronet"), by and through the undersigned counsel, hereby submits this Petition to Stay the Arbitration noticed by Respondents Envios De Valores La Nacional Corp., Envios De Valores La Nacional, Inc., AeroCaribe Travel Agency, Inc., Jose Andres Hernandez Andujar, Candida De Hernandez and Roberto Lopez. Petitioner, by its attorneys, alleges, upon information and belief:

      1.     Petitioner Euronet is a North Carolina corporation with offices throughout the United States, including Leawood, Kansas.

      2.     Envios De Valores La Nacional Corp. is a New York corporation, with its principal place of business at 566 West 207th Street, New York, New York 10034.

3.     Envios De Valores La Nacional, Inc. is a New Jersey corporation, with its principal place of business at 573 west 207th street, New York, New York 10034.

4.     Aero Caribe Travel Agency, Inc. is a New York corporation, with its principal place of business at 573 West 207th Street, New York, New York 10034.

5.     Jose Andres Hernandez Andujar and Candida de Hernandez are citizens and residents of the Dominican Republic.  Candida de Hernandez is named in this action only to the extent she is a party necessary.

6.     Roberto Lopez is a citizen and resident of the Dominican Republic.

7.     On April 5, 2007, Petitioner filed an Amended Petition in the District Court of Johnson County, Kansas against the Respondents, seeking rescission, declaratory judgment and damages.  A true and accurate copy of the Amended Petition is attached as Exhibit A.  The Amended Petition asserts claims for fraudulent inducement, negligent misrepresentation, breach of contract, declaratory judgment, tortious interference and civil conspiracy.  Respondents purported to remove the Amended Petition to the United Stated District Court for the District of Kansas ("District Court of Kansas") on May 16, 2007.

8.     Euronet seeks, *inter alia*, a declaratory judgment confirming its rescission and termination of the January 12, 2007 Stock Purchase Agreement ("SPA"), which was induced by fraud and through which Euronet was to acquire Envios de Valores La Nacional Corp., Envios De Valores La Nacional, Inc., and AeroCaribe Travel Agency, Inc. from Jose Andres Hernandez Andujar (and his consenting spouse, Candida de Hernandez) (collectively referred to as "La Nacional") for $26 million.  A true and accurate copy of the SPA is attached as Exhibit 1 to the Amended Petition.  The

2

purchase price has been deposited in a Pre-Closing Escrow, and Euronet seeks return of its $26 million in the underlying action.

9.      The claims set forth in the Amended Petition arise from the knowingly fraudulent assurances and representations of Respondents related to the businesses to be acquired.   The false representations included that: (a) La Nacional was in compliance with the PATRIOT Act and money laundering statutes; (b) La Nacional had properly secured state licenses for their remittance businesses; (c) La Nacional neither employed any individual convicted of any crime involving money laundering nor employed anyone under investigation for such conduct; and (d) La Nacional's key sales employees and agents were loyal to La Nacional and will continue using it for their money transfer business now and into the future.

10.      After execution of the SPA, Euronet learned independently, and not through any disclosure by La Nacional, that on February 6, 2007 (just twenty-one (21) days after signing the SPA) two La Nacional employees were arrested and charged with money laundering, and that search warrants were executed by state and federal authorities at two La Nacional stores (and upon at least four locations operated by La Nacional agents).   *See* Search Warrants attached as Exhibits 3 and 4 to Amended Petition.  The execution of the arrest and search warrants was the result of a multi-year investigation into criminal activity at La Nacional stores.  *See* Search Warrant affidavits attached as Exhibits 5 and 6 to the Amended Petition.  These events caused Euronet concern about the operations and personnel of La Nacional, which had been represented to be in full compliance with law and not under investigation.  *See* SPA at Sections 2.13.2 and 2.14.